UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                    Plaintiff,

-v-

THE MOUNT SINAI HOSPITAL,

                    Defendant.

25-CV-6171 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On October 28, 2025, Plaintiff submitted a letter seeking permission from this Court to proceed using her initials in light of "the exceptionally sensitive nature of the core factual allegations required to prove Plaintiff's claims in this particular matter." (ECF No. 12.)

    Proceeding in a case using one's initials, however, is tantamount to proceeding pseudonymously, and this Court previously denied a motion by Plaintiff to proceed under a pseudonym. (ECF No. 11.) Plaintiff does not allege any additional facts in her letter that overcome the "strong presumption of public access" to "the public forum of litigation." *Doe v. Intel Corp.*, 786 F. Supp. 3d. 576, 581 (S.D.N.Y. 2024) (quotation marks omitted), *appeal dismissed*, No. 24-3330, 2025 WL 919026 (2d Cir. Feb. 24, 2025). Her request to proceed using her initials is therefore denied.

    Plaintiff shall file an amended complaint using her real name within 7 days of this order, and the Court will consider her other motions in due course.

    SO ORDERED.

Dated: October 30, 2025
       New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge