UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEOPHANIA ASHLEIGH,

                Plaintiff,

-against-

THE MOUNT SINAI HOSPITAL,

                Defendant.

1:25-CV-6171 (JPO)

ORDER OF SERVICE

J. PAUL OETKEN, United States District Judge:

    Plaintiff Theophania Ashleigh, who is proceeding *pro se*, asserts claims of retaliation and employment discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and the New York State and City Human Rights Laws. Plaintiff sues her former employer, the Mount Sinai Hospital ("Mount Sinai").

    By order dated September 8, 2025, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. The Court directs service upon Mount Sinai.

## DISCUSSION

    Because Plaintiff has been granted permission to proceed IFP, she is entitled to assistance from the Court and the United States Marshals Service ("USMS") to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date that the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that a summons issue. The Court therefore extends the time to serve Mount Sinai until 90 days after the date that a summons for Mount Sinai issues.

court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service upon Mount Sinai through the USMS, the Clerk of Court is instructed to fill out a USMS Receipt and Return form ("USM-285 form") for Mount Sinai. The Clerk of Court is further instructed to issue a summons for Mount Sinai and deliver to the USMS all the paperwork necessary for the USMS to effect service upon Mount Sinai.

If the complaint is not served upon Mount Sinai within 90 days after the date that the summons for Mount Sinai is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss this action if she fails to do so.

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to: (1) issue a summons for the Mount Sinai Hospital; (2) complete a USM-285 form with the service address for that defendant; and (3) deliver all documents necessary to effect service of a summons and the complaint upon that defendant to the USMS.

SO ORDERED.

Dated:   November 7, 2025
         New York, New York

_____
J. PAUL OETKEN
United States District Judge

**SERVICE ADDRESS FOR DEFENDANT**

The Mount Sinai Hospital
One Gustave L. Levy Place
New York, New York 10029